Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PROGRESSIVE INTERNATIONAL CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BRUMIS IMPORTS, INC., <br><br> Defendant. | Civil Action No. 2:15-CV-01952-RAJ <br><br> STIPULATION AND [PROPOSED] ORDER OF DISMISSAL |

## STIPULATION

Plaintiff Progressive International Corporation and Defendant Brumis Imports, Inc. hereby stipulate that they have reached a settlement with respect to the above-captioned action and request that all claims in this action be dismissed with prejudice and without costs or attorneys' fees to any party. Stipulated and agreed by:

LOWE GRAHAM JONES<sup>PLLC</sup>

s/Lawrence D. Graham
Lawrence D. Graham, WSBA No. 25402
Graham@LoweGrahamJones.com
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
T: 206.381.3300
F: 206.381.3301

*Attorneys for Progressive International Corp.*

FENWICK & WEST LLP

s/David K. Tellekson
David K. Tellekson, WSBA No. 33523
Elizabeth B. Hagan, WSBA No. 46933
dtellekson@fenwick.com
ehagan@fenwick.com
1191 Second Avenue, 10th Floor
Seattle, Washington 98101
T: 206.389.4510
F: 206.389.4511

*Attorneys for Brumis Imports, Inc.*

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL - 1
Civil Action No. 2:15-CV-01952-RAJ

LOWE GRAHAM JONES<sub>PLLC</sub>
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

**[PROPOSED] ORDER**

In view of the foregoing stipulation, this action is hereby dismissed with prejudice, each party to bear its own costs and fees.

DATED this \_\_\_\_ day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL - 2
Civil Action No. 2:15-CV-01952-RAJ

Lowe Graham Jones PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301